1  PHILLIP A. TALBERT
   Acting United States Attorney
2  JEFFREY A. SPIVAK
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000

5  Attorneys for Plaintiff

7              UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,            Case No. 1:21-po-00149-SAB

11            Plaintiff,

12 v.                                   MOTION AND ORDER FOR DISMISSAL
                                        WITHOUT PREJUDICE
13 DAVID M. CROW,

14            Defendant.

       The United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss this case in the interest of justice without prejudice.

DATED:  August 6, 2021                Respectfully submitted,

                                      PHILLIP A. TALBERT
                                      Acting United States Attorney

                              By:     /s/ Jeffrey A. Spivak
                                      JEFFREY A. SPIVAK
                                      Assistant U.S. Attorney

1

## **O R D E R**

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice.

IT IS SO ORDERED.

Dated: __August 9, 2021__

UNITED STATES MAGISTRATE JUDGE